UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HEATHERLY,

    Plaintiff,

v.

AFFINIA GROUP, INC.,

    Defendant.

Case No. 2:07-CV-13084

Hon. Patrick J. Duggan

_____/

| WIGGINS, CHILDS, QUINN & PANTAZIS, LLC<br>By: Robert Wiggins<br>     Susan G. Donahue<br>Attorneys for Plaintiff<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203<br>(205) 314-0500 | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C.<br>By: Julia Turner Baumhart (P49173)<br>     Jay C. Boger (P58805)<br>Attorneys for Defendant<br>280 N. Old Woodward Avenue<br>Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000 |
|---|---|

SOMMERS SCHWARTZ SILVER &
  SCHWARTZ, PC
By:   Patricia A. Stamler (P35905)
Attorneys for Plaintiff
2000 Town Center
Suite 900
Southfield, MI 48075
(248) 746-4034

_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    NOW COME the parties hereto, by and through their respective counsel, and hereby stipulate to dismiss the above-entitled cause of action, with prejudice, and without costs to either party.

1

Agreed and consented to:

/s/Susan G. Donahue (w/consent)       Dated: August 27, 2008
Robert Wiggins
Susan G. Donahue
Wiggins, Childs, Quinn
  & Pantazis, LLC
Attorneys for Plaintiffs


/s/Jay C. Boger                       Dated: September 3, 2008
Jay C. Boger (P58805)
Kienbaum Opperwall Hardy
  & Pelton, P.L.C.
Attorneys for Defendants


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HEATHERLY,

    Plaintiff,

                                                Case No. 2:07-CV-13084

v.

                                                Hon. Patrick J. Duggan

AFFINIA GROUP, INC.,

    Defendant.
_____/

**ORDER FOR DISMISSAL WITH PREJUDICE**
        At a session of said Court, held in the
        U.S. Federal Building, Detroit, Michigan
        On September 4, 2008.

    PRESENT:   HONORABLE PATRICK J. DUGGAN
                       U.S. District Court Judge

   The Court having reviewed the parties' Stipulation for Dismissal With Prejudice

and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause of action is dismissed with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the case.

                                          s/PATRICK J. DUGGAN
                                          U.S. District Court Judge